**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000317
19-JUN-2026
09:13 AM
Dkt. 28 OGMD**

NO. CAAP-26-0000317

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PATRICK WORLEY, Petitioner-Appellee,
v.
JOHN WILLIAM JACOB JR., Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
ʻEWA DIVISION
(CASE NO. 1DSS-26-0000235)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of self-represented Respondent-Appellant John William Jacob Jr.'s (**Jacob**) May 1, 2026 Motion to Dismiss Appeal, the papers in support, the record, and there being no opposition, it appears that: (1) the appeal has been docketed; (2) Jacob seeks to dismiss his own appeal; (3) no other parties have appeared in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.  Each party shall bear its own attorneys' fees and costs on appeal.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, June 19, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge